IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>JESUS CELESTIN-ORTEGA<br><br>        Defendant. | Case No.  3:24-cr-61<br><br>**APPLICATION FOR WRIT<br>OF HABEAS CORPUS** |

The undersigned attorney hereby applies to the Court for the issuance of a *Writ of Habeas Corpus* Ad Prosequendum.

Name of detainee:   JESUS CELESTIN-ORTEGA
Detained at (custodian) FCI Terre Haute, 4200 Bureau Road N., Terre Haute, IN 47808
Detainee is charged in this District by Indictment.
Detainee will be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the Federal Courthouse in Fargo, North Dakota, on Wednesday, April 24th at 11:00 am , for the purpose of Initial Appearance and Arraignment.

Attorney Signature:                    /s/  Christopher C. Myers
Printed Name and Telephone Number:   CHRISTOPHER C. MYERS, 701-297-7400
Dated: April 17, 2024                  Attorney of Record for the United States

### *WRIT OF HABEAS CORPUS  AD PROSEQUENDUM*

The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

Dated: April 18, 2024            */s/ Clare R. Hochhalter*
                                 Magistrate Judge Clare R. Hochhalter
                                 United States District Court

☐   Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

### RETURN OF SERVICE

_____   By: _____  _____
Date Executed              Printed Name                    Signature